# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Joseph J. Bailey
Provosty, Sadler & deLaunay
P. O. Drawer 1791
Alexandria LA 71309-1791

## REHEARING ACTION: April 22, 2015

**Docket Number: 14   01156-WCA**

**ROLAND SORILE**
**VERSUS**
**LOTT OIL COMPANY**

**Appealed from Office of Workers' Compensation - # 2 Case No. 13-02020**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Jimmie C. Peters**
   **Hon. Billy Howard Ezell**
   **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Roland Sorile** has this day been

   **DENIED.**
   For the reasons set forth in his concurring opinion, Peters, J., would deny the rehearing application.

   Genovese, J., would deny the rehearing as untimely and without merit.

cc: Chad N. Evans, Counsel for the Appellant